# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **RICHLAND HOSPITAL, INC.,** | ) | **CASE NO. 5:05 MC 00001** |
| | ) | |
| Debtor. | ) | **BNK CASE. NO. 00-61056** |
| _____ | ) | **ADVERSARY. NO. 04-5184** |
| **JOSIAH L. MASON, TRUSTEE,** | ) | |
| **FOR RICHLAND HOSPITAL, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MATTHEW PENTZ, et al.,** | ) | **ORDER** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| **BRICKER & ECKLER, LLP and** | ) | |
| **MICHAEL A. MESS,** | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

This matter is before the Court upon the Motion of Defendants Bricker & Eckler, LLP, and Michael Mess to Withdraw the Bankruptcy Reference. (Dkt. #1).

The Bankruptcy Court has mediated a settlement in the relevant adversary proceeding, see (Adversary Proceeding No. 04-5184), and the chapter 7 trustee of the debtor's bankruptcy estate has requested approval of the settlement agreement, see

(Bankruptcy Case No. 00-61056, Dkt. #146). Therefore, it appears Defendants seek to withdraw the reference of a controversy which no longer exists. See 28 U.S.C. § 157(d).

Consequently, proceedings in the above captioned matter are hereby stayed. The Court's Docket shall reflect that the above captioned matter is hereby closed, subject to reopening upon written motion of the Defendants, or any other party in interest.

**IT IS SO ORDERED.**

                                        */s/ Peter C. Economus*  03/08/06
                                        **PETER C. ECONOMUS**
                                        **UNITED STATES DISTRICT JUDGE**